IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY J. COOPER
ADC #158887     PETITIONER

v.     No. 2:15-cv-152-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction     RESPONDENT

## ORDER

Unopposed recommendation, № 6, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Cooper hasn't kept his address current; his mail is being returned. He has therefore failed to prosecute with diligence. LOCAL RULE 5.5(c)(2). His petition, № 1, will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 December 2015