IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY J. COOPER
ADC #158887                                                             PETITIONER

v.                          No. 2:15-cv-152-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction                                                RESPONDENT

## JUDGMENT

Cooper's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_2 December 2015_